ORIGINAL

Michael F. Egan, III
7700 Victory Gallup St.
Las Vegas, NV 89131
Hbejr2102@gmail.com
Defendant filing document *pro se*



FILED IN THE
UNTIED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2015
at 3 o'clock and 51 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GARTH ANCIER, | ) | 1:14-cv-294-JMS-RLP |
| | ) | |
| Plaintiff, | ) | DEFENDANT MICHAEL F. |
| | ) | EGAN III'S MEMORANDUM |
| | ) | IN RESPONSE/OPPOSITION |
| | ) | TO PLAINTIFF'S MOTION |
| vs. | ) | FOR A PROTECTIVE |
| MICHAEL F. EGAN, III, | ) | ORDER, FILED JANUARY 2, |
| JEFFREY M. HERMAN and | ) | 2015; |
| MARK F. GALLAGHER, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendants. | ) | [RELATED TO DKT. #99] |
| | ) | |

DEFENDANT MICHAEL F. EGAN, III'S MEMORANDUM IN
RESPONSE/OPPOSITION TO PLAINTIFF'S MOTION FOR A
PROTECTIVE ORDER
FILED ON JANUARY 2, 2015

I.  INTRODUCTION AND MEET AND CONFER SUMMARY

In his motion for Protective order, filed January 2, 2015 ("Motion),

Plaintiff Garth Ancier ("Plaintiff") asks this Court to enter his Proposed

Protective Order, attached thereto as Exhibit "A" The parties met and conferred with regard to a stipulated protective order on November 26, 2014. Michael F. Egan III ("Egan") was unable to take a position due to the fact that Egan is not represented by counsel and because of the complexity of the issues. Egan has been diligently seeking out counsel to represent Egan in this action. Egan has been unable to date to secure counsel.

## II. **DISCUSSION**

Egan is a former client of Co-Defendant Gallagher and Herman's. Due to the Attorney client relationship, Egan is unable to determine if Egan should or should not agree to waive any rights without advice from an Attorney. Egan is representing himself pro se in this action as he has not been able to secure counsel.

## III. **CONCLUSION**

Based on the foregoing, Egan respectfully requests that the Court deny Plaintiff Ancier's Motion for a protective order. .

**DATED**: Las Vegas, Nevada, January 22, 2015.

_____

MICHAEL F. EGAN, III
7700 Victory Gallup St.
Las Vegas, NV 89131
Defendant filing document *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

LOUISE K.Y. ING, ESQ.
CHRISTIAN P. GRAY, ESQ.
ALSTON HUNT FLOYD & ING
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii 96813

LOUISE ANN FERNANDEZ, ESQ.
ANTHONY PACHECO, ESQ.
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Attorneys for Plaintiff
GARTH ANCIER

DAVID J. MINKIN, ESQ.
JESSE J.T. SMITH, ESQ.
McCORRISTON MILLER MUKAI MacKINNON LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Defendant
JEFFREY M. HERMAN

KEITH K. HIRAOKA, ESQ.
MARK J. KAETSU, ESQ.
ROECA LURIA HIRAOKA LLP
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813

Attorneys for Defendant
MARK F. GALLAGHER

Dated: Las Vegas, Nevada, 22 January 2015

_____
MICHAEL F. EGAN, III
Defendant filing *pro se*

3