LOUISE ANN FERNANDEZ   *(Admitted pro hac vice)*
ANTHONY PACHECO       *(Admitted pro hac vice)*
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California  90067
Telephone:  (310) 203-8080
Facsimile:  (310) 712-8522
E-mail:    LFernandez@JMBM.com
           Pacheco@JMBM.com

LOUISE K. Y. ING          2394
KEE M. CAMPBELL           9168
ALSTON HUNT FLOYD & ING
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:    ling@ahfi.com
           kcampbell@ahfi.com

Attorneys for Plaintiff GARTH ANCIER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GARTH ANCIER,<br><br>              Plaintiff,<br><br>      vs.<br><br>MICHAEL F. EGAN, III,<br>JEFFREY M. HERMAN and<br>MARK F. GALLAGHER,<br><br>              Defendants. | Civil No. 14-cv-00294-JMS-RLP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER** |

967782v2/11623-1

AND RELATED CROSS CLAIMS.

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO ALL CLAIMS AND PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of

Civil Procedure and LR 41.1, IT IS HEREBY STIPULATED by and between

Plaintiff GARTH ANCIER ("ANCIER") and Defendants MICHAEL F. EGAN, III

("EGAN"), JEFFREY M. HERMAN ("HERMAN"), and MARK F.

GALLAGHER ("GALLAGHER"), by and through their undersigned counsel or

Trustee in Bankruptcy, that:

   1.     Pursuant to a compromise of claims between ANCIER and

EGAN, through Lenard E. Schwartzer, the Trustee in bankruptcy in *In re*

*Michael F. Egan, III*, Case No. BK-S-15-16493-ABL, U.S. Bankr. Ct., D. Nevada

("Egan Bankruptcy"), all claims asserted by ANCIER in his First Amended

Complaint filed on December 19, 2014, against EGAN are hereby dismissed with

prejudice.

   2.     All claims asserted by GALLAGHER in his Crossclaim against

EGAN, filed on August 16, 2014, are hereby dismissed with prejudice.

   3.     Pursuant to a confidential settlement agreement claims between

ANCIER and Defendants HERMAN and GALLAGHER, effective as of May 29,

967782v2/11623-1                        2

2015, all claims asserted by ANCIER in his First Amended Complaint against HERMAN and GALLAGHER are hereby dismissed with prejudice.

4.    Each party shall bear his own attorneys' fees and costs.

5.    This Stipulation is signed by or on behalf of all appearing parties through their counsel and in the case of EGAN, whose claims are property of the bankruptcy estate in the Egan Bankruptcy, through the Trustee in Bankruptcy in the Egan Bankruptcy.  There are no remaining parties or claims in this lawsuit.  There are no pending motions for summary judgment and no trial date has been set.

6.    This Stipulation may be signed in counterparts and all counterparts shall be deemed to be one and the same instrument.

DATED:  September 15, 2016          /s/ Louise K. Y. Ing
                                    LOUISE ANN FERNANDEZ
                                    ANTHONY PACHECO
                                    LOUISE K. Y. ING
                                    KEE M. CAMPBELL
                                    Attorneys for Plaintiff
                                    GARTH ANCIER


DATED:  September 15, 2016          /s/ David J. Minkin
                                    DAVID J. MINKIN
                                    JESSE J. T. SMITH
                                    JESSICA M. WAN
                                    Attorneys for Defendant
                                    JEFFREY M. HERMAN

967782v2/11623-1                         3

DATED:  September 14, 2016    /s/ Keith K. Hiraoka

                                                    KEITH K. HIRAOKA
                                                    Attorney for Defendant
                                                    MARK F. GALLAGHER


DATED:  September 25, 2016    /s/ Lenard E. Schwartzer

                                                      LENARD E. SCHWARTZER
Trustee in Bankruptcy for bankruptcy estate of Michael F. Egan, III, in *In re Michael F. Egan, III*, Case No. BK-S-15-16493-ABL, U.S. Bankr. Ct., D. Nevada


APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, January 20, 2017.



                                           /s/ J. Michael Seabright
                                           J. Michael Seabright
                                           Chief United States District Judge

---

*Ancier v. Egan,* Civil No. 14-cv-00294-JMS-RLP, D. Hawaii, STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER